IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**WHITNEY L. HARPER**                                                                                             **PLAINTIFF**

**V.**                               **CASE NO.: 5:20-CV-5060**

**ANDREW M. SAUL, Commissioner,**
**Social Security Administration**                                                      **DEFENDANT**

## **JUDGMENT**

**IT IS HEREBY ORDERED AND ADJUDGED** that for the reasons stated in the Magistrate Judge's Report and Recommendation, the Administrative Law Judge's decision is **AFFIRMED** and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 22nd day of March, 2021.

                                          /s/ Timothy L. Brooks
                                          TIMOTHY L. BROOKS
                                          UNITED STATES DISTRICT JUDGE